An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS COONS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62242

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order denying a motion to modify sentence.[1] Eighth Judicial District Court, Clark County; Michael Villani, Judge.

In his motion filed on October 24, 2012, appellant requested that his sentence be modified pursuant to the 2007 amendments to NRS 193.165. *See* 2007 Nev. Stat., ch. 525, § 13, at 3188-89. Appellant asserted that his educational work, programming, and lack of disciplinary record also warranted a reduction in his sentence. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See*

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21616

*Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Michael Villani, District Judge
Douglas Coons
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk